

AO 442 (Rev. 5/93) Warrant for Arrest

58964-080
FD 106224

# United States District Court

SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA

V.

**Jesus Jose Galvan-Bustillos**

**WARRANT FOR ARREST**

CASE NUMBER: 5:13-CR-543-001

To: The United States Marsha and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **Jesus Jose Galvan-Bustillos** _____
and bring him or her forthwith to the nearest magistrate judge to answer a(n )

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [X] Violation Notice   [ ] Pretrial Release

charging him with (brief description of offense)

**Supervised Release Violation**

in violation of Title _____ United States Code, Section(s) _____

David J. Bradley                                     U. S. District Clerk
Name of Issuing Officer                              Title of Issuing Officer

*Mayra M. Marquez*                                   September 16, 2020, Laredo, Texas
Signature of Issuing Clerk                           Date and Location
By: Mayra M. Márquez, Deputy Clerk

Bail fixed at $ ___ No bond ___                      By U.S. District Judge Diana Saldana
                                                     Name of Judicial Officer

| RETURN Name |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Case 2:20-mj-00436-SCD   Filed 09/24/20   Page 1 of 5   Document 1

PROB 12C
(08/15)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Jesus Jose Galvan-Bustillos | Case Number: | 5:13CR00543-001 |

Name of Sentencing Judge: The Honorable Diana Saldana

Date of Original Sentence: December 4, 2013

Original Offense: Re-entry of a Deported Alien, in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(2)

Original Sentence: 46 months imprisonment, to be served consecutive and in addition to 21 months imposed in case number 5:13CR00873-001, for a total term of 67 months, 3 years supervised release, $100 special assessment and, if deported, special condition not to return to the United States illegally

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Supervision Started: | 4/18/2018 |
| Assistant U.S. Attorney: | Roberto F. Ramirez | Defense Attorney: | John Samuel Paul, AFPD |

### EARLIER COURT ACTION

None

### PETITIONING THE COURT

TO ISSUE A WARRANT for person under supervision located in ICE custody (under alien number A027 942 853) at the Dodge Detention Facility in Juneau, Wisconsin.

The probation officer believes the person under supervision has violated the following conditions of supervision:

**Violation Number**  **Nature of Noncompliance**

1          **NEW LAW VIOLATION: CRIMINAL TRESPASS STATE LAND (MISDEMEANOR)**

RE:   Jesus Jose Galvan-Bustillos                                                              2
      Dkt. No. 5:13CR00543-001

    2        **NEW LAW VIOLATION: RECKLESS CONDUCT (MISDEMEANOR)**

    3        **NEW LAW VIOLATION: RESISTING/OBSTRUCTING OFFICER (MISDEMEANOR)**

An updated criminal record check revealed that on August 22, 2020, the person under supervision, using the alias Andreas Romero Melendez, was arrested by the Metra Police Department in Illinois and charged with the above offenses. The offense report has not yet been received, however the Petition will be supplemented at a later date to provide details of the arrest.

Available information reflects the charges were direct filed with the Court by the Cook County State's Attorney.

    4        **NEW LAW VIOLATION: CRIMINAL TRESPASS TO LAND (MISDEMEANOR)**

    5        **NEW LAW VIOLATION: OBSTRUCTING IDENTIFICATION (MISDEMEANOR)**

The updated criminal record check further revealed that on August 23, 2020, the person under supervision, using the alias Jesus Ordorico-Vasquez, was also arrested by the Carroll County Sheriff's Office in Illinois and charged with the above offenses. The offense reported has also not yet been received, however the Petition will be supplemented to provide details of the arrest.

The charges were likewise direct filed with the Court.

    6        **NEW LAW VIOLATION: RE-ENTRY OF A DEPORTED ALIEN (FELONY)**

    7        **VIOLATION OF SPECIAL CONDITION ORDERING THE OFFENDER NOT TO RETURN TO THE UNITED STATES ILLEGALLY**

On April 18, 2018, the person under supervision was released from the U.S. Bureau of Prisons to the custody of the U.S. Immigration and Customs Enforcement Service and was removed to Mexico on May 10, 2018, through Brownsville, Texas. As evidenced by his arrests in Violation Numbers 1, 2, 3, 4 and 5, he returned to the United States illegally. He also failed to report to the nearest U.S. Probation Office immediately upon his return to the United States.

RE: Jesus Jose Galvan-Bustillos
Dkt. No. 5:13CR00543-001

The person under supervision was not charged with 1326 following his arrests. Instead, on August 25, 2020, he was turned over to the custody of the ICE Enforcement and Removal Operations Office in Rock Island, Illinois for reinstatement of the prior Order of removal. He is currently being detained at the Dodge Detention Facility in Juneau, Wisconsin, pending removal.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that a warrant be issued, and no bond be set.

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for ___ years, for a total of ___ years.

Approved:

_____
Francisco X. Castillo, Supervising
United States Probation Officer

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

By: _____
Julian Cantu
United States Probation Officer
September 15, 2020

RE: Jesus Jose Galvan-Bustillos
Dkt. No: 5:13CR00543-001

THE COURT ORDERS:

[ ] No Action

[x] The Issuance of a Warrant, and no bond.

[ ] The Issuance of a Warrant, and no bond. Furthermore, that the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition of Criminal Case Number _____.

[ ] The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond. Furthermore, that the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition of the case currently known as _____.

[ ] That the defendant be summoned to appear before the Court on _____ at _____ for a Supervised Release violation hearing to show cause why his Supervised Release should not be revoked.

[ ] That the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition in case #_____.

[ ] That the defendant be brought before the Court to show cause why his supervision should not be revoked on _____ at _____.

[ ] Other:

Diana Saldaña
U.S. District Judge

September 16, 2020
Date

TRUE COPY I CERTIFY
ATTEST:
DAVID BRADLEY, Clerk of Court
By _____ Deputy Clerk

Case 2:20-mj-00436-SCD   Filed 09/24/20   Page 5 of 5   Document 1